821 A.2d 580

Lance BRUSILOW and Bryan Brusilow, Executors for the Estate of Thelma Brusilow, Deceased, Lance Brusilow and Bryan Brusilow, in their own right and Evan Brusilow, Respondents,

v.

Morris A. SWARTZ, M.D., Lombard Medical Associates, P.C. (Pulmonary Associates), Stephen Mette, M.D., David H. Henry, M.D., Oncology Hematology Associates, Graduate Health System, Inc., Pennsylvania Property and Casualty Insurance Guaranty Association.

Petition of Pennsylvania Property and Casualty Insurance Guaranty Association.

Supreme Court of Pennsylvania.

March 19, 2003.

Lise Luborsky, Philadelphia, for Pennsylvania Property and Casualty Insurance Guaranty Association, petitioner.

Timothy Regis Lawn, Aaron D. Blumberg, Philadelphia, for Lance Brusilow and Bryan Brusilow, respondents.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of March 2003, the Petition for Allowance of Appeal is GRANTED. The order of the Superior Court is REVERSED. This matter is remanded to the Superior Court for proceedings consistent with this Court's opinion in *Bell v. Slezak*, 812 A.2d 566 (Pa.2002).